IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV173 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| 2005 GRAY CHEVROLET SILVERADO PICKUP, VIN 2GCEK13T151267414, | ) ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ADAM MARVIN, | ) | |
| | ) | |
| Claimant. | ) | |

This matter is before the court on the plaintiff's Consent Motion to Continue Trial (Filing No. 19). The plaintiff seeks to continue trial from January 19, 2010, to January 27, 2010. The claimant has no objection to the continuance. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Consent Motion to Continue Trial (Filing No. 19) is granted.

2. Trial is set to commence **at 9:00 a.m. on January 27, 2010**, in Omaha, Nebraska before the undersigned magistrate judge.

DATED this 28th day of December, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge