## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV173 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| 2005 GRAY CHEVROLET SILVERADO PICKUP, VIN 2GCEK13T151267414, | ) ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ADAM MARVIN, | ) | |
| | ) | |
| Claimant. | ) | |

At the conclusion of the trial on January 27, 2010, I stated my findings and conclusions on the record and my decision that Adam Marvin's claim against the defendant vehicle be denied and dismissed. In accordance with that announcement,

**IT IS ORDERED:**

1. The Claim of Adam Marvin against the defendant vehicle is hereby denied and dismissed.

2. The defendant vehicle, a 2005 GRAY CHEVROLET SILVERADO PICKUP, VIN 2GCEK13T151267414, is hereby forfeited to the plaintiff. All right, title or interest in or to the defendant property held by any person or entity is hereby forever barred and foreclosed. The defendant property shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

3. The costs of this action shall be assessed against the property forfeited to the plaintiff.

DATED this 27th day of January, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge